### Exhibit A to the Complaint

**Location:** Redondo Beach, CA

**Total Works Infringed:** 34

**IP Address:** 47.152.117.77

**ISP:** Frontier Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 754BDC6355B237D5F389EFCB3176BB2857422091<br>File Hash:<br>FC38131016F921ABB413CDFC1AA5AC4A29B97915BD9B61AB14A751F09E488F1B | 12/05/2024 18:12:22 | Milfy | 12/04/2024 | 12/13/2024 | PA0002506316 |
| 2 | Info Hash: 7FF46E73C749B65A650C9625F032F48007CFEEE4<br>File Hash:<br>D5A67F02E7C273DC64B7BA8D0A860816B654EFDB4DDCBF83A68AE21E689D844A | 12/02/2024 23:07:48 | Milfy | 11/27/2024 | 12/13/2024 | PA0002506274 |
| 3 | Info Hash: 9861659DEBD8430E736AE8DD818939E2B7C5B092<br>File Hash:<br>7E3154BA2ED08C26EA751BEA19E3980B4D9A1FE67990D2E0D5E2579C9EA0BD97 | 12/02/2024 23:07:25 | Blacked | 11/24/2024 | 12/13/2024 | PA0002506269 |
| 4 | Info Hash: 001E5C6643F004E10FDD9C5B873FEAB42A92D90E<br>File Hash:<br>E21B2D6FE0292BF9FB4A711094B3BB31EF72BC8481E6EE9F3BAE245F57AF489D | 11/21/2024 18:05:58 | Milfy | 11/13/2024 | 11/18/2024 | PA0002500973 |
| 5 | Info Hash: C77869AA0DB15373CE8EE07FCFAE2F3831B1B7CF<br>File Hash:<br>D13077C3011ECFE9EB70B812D4EAAFAD2762777DF83B3B307ABAAB9C9098FD71 | 11/20/2024 21:57:23 | Milfy | 11/20/2024 | 12/13/2024 | PA0002506260 |
| 6 | Info Hash: 2F872CC3383D684714D4EF9DF5E064793831153D<br>File Hash:<br>DE25B3DE673D92661D808DE4955BFA3F8DFD7BE7910D221DA92A23CC7EAA6127 | 11/06/2024 23:46:20 | Milfy | 11/06/2024 | 11/18/2024 | PA0002500974 |
| 7 | Info Hash: E90C20E12B7453E6263D5E61F9A529E9C1BDE0E3<br>File Hash:<br>D6E67919C432939407C6A664059E4A6B48E5BA34C7FA07FE5796D33F0EF077F4 | 09/29/2024 16:20:48 | Milfy | 09/11/2024 | 09/18/2024 | PA0002490442 |
| 8 | Info Hash: C4F37C5ED5B46F5B6EF06BB7ECBBD0DD58C3BDA3<br>File Hash:<br>4F06AD7474807D06DC28EFAB1E82042D52B89FE29185A465CB753367017FFC9C | 09/25/2024 20:57:43 | Milfy | 09/25/2024 | 10/16/2024 | PA0002494687 |
| 9 | Info Hash: 8BC959173C6DCBE70F6E09534D6B5E82A483370E<br>File Hash:<br>D07D842459B621F14102AF7D9B00CDFE974E17018BEC4C4AB3AB7948A1A51A20 | 09/21/2024 03:50:33 | Blacked | 09/20/2024 | 10/17/2024 | PA0002494701 |
| 10 | Info Hash: 4E161DCD3B0C439F68280147371BA08686987D0B<br>File Hash:<br>64AC2445B1BFF032C3D04A52DFD837871697A4C2C7003D7C9BDFB03D5F4EFD57 | 08/22/2024 18:00:44 | Milfy | 08/21/2024 | 09/17/2024 | PA0002490356 |
| 11 | Info Hash: 5343780A2DA07D0760D914E082FD68E3D32AF0FA<br>File Hash:<br>06FA0A1C15A20C0739C31A5A4CFB6C39B6DA39BEC17E8E4D014380D5539517C4 | 08/14/2024 22:46:12 | Milfy | 08/14/2024 | 09/17/2024 | PA0002490354 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 1111705CFA4D8693C610CDE4C29CB62D46883CD2<br>File Hash: 7105CAF133B3497960F67FF7FB065F420255EF9C5E1BDC117B6CED0311FEAA1A | 08/12/2024 17:21:51 | Milfy | 10/25/2023 | 12/07/2023 | PA0002446668 |
| 13 | Info Hash: 9CA4E3A595BD1D6D4D3DA47AC0517E728D965D62<br>File Hash: 1AE7974B936BE4B17A053891C55B3B65E7D760F9904A8CA3C5BB900EE11B1A2D | 08/10/2024 14:49:36 | Milfy | 10/11/2023 | 12/14/2023 | PA0002445916 |
| 14 | Info Hash: 4FA73270C87AC2ECFAA002728FC8A9C424AA444B<br>File Hash: 79BD1E3C776F87ED345CBA3563B018C7359DA7133F683AFB02A354086DE43438 | 08/10/2024 14:49:25 | Milfy | 10/18/2023 | 12/14/2023 | PA0002445873 |
| 15 | Info Hash: 308D015E04877CE906BF17D83F6F73A67A642B19<br>File Hash: 44C6438BCED3DA6117A2351CD3EFDB7AA76DFDFB498BE517EF2EB0125BC76639 | 08/09/2024 19:15:02 | Milfy | 08/23/2023 | 12/05/2023 | PA0002443638 |
| 16 | Info Hash: 17FF234755E3CC447535551E626A2E6688890CBC<br>File Hash: 415F65A6D64DB50056B93233A05E003A4E7CC3F4A8F62D1A947FE2B1C29699B5 | 07/31/2024 21:32:16 | Milfy | 07/31/2024 | 09/17/2024 | PA0002490325 |
| 17 | Info Hash: 655D32627EE600526B09022E4F2FC2BADDBB46C7<br>File Hash: 897C70D075700E9A9DC34B041AD3DE9D130D79DD29C28C87E472101284164CFE | 07/30/2024 01:38:42 | Blacked Raw | 07/29/2024 | 08/14/2024 | PA0002484842 |
| 18 | Info Hash: 1950928C43F0C90AEC70B9A3E8C316A061CB13DB<br>File Hash: 8B886E3924A37CBEAA8DE7784563A70D136E75DBED06610D685FB109A6031728 | 07/27/2024 14:50:48 | Milfy | 07/12/2023 | 08/22/2023 | PA0002431037 |
| 19 | Info Hash: 0D1055A9B3DD2C8FD870FB95B908C3CDAFC68306<br>File Hash: 8C7FCCA1E14995BF6DDFE9F069C4D75E17432501B1D66BC408A94A02521D1D01 | 07/24/2024 22:08:51 | Milfy | 07/24/2024 | 09/17/2024 | PA0002490321 |
| 20 | Info Hash: 5BC257AEA17437FE40FC1FFCCF213266303D16EB<br>File Hash: 9D4FB5093E9D778448FBF79BBE3A5A844AF5483776C6CFE7418BE59EF2E4691A | 07/18/2024 19:43:01 | Milfy | 07/17/2024 | 09/05/2024 | PA0002491145 |
| 21 | Info Hash: 31A1C481B6798D5618E32BD9D4D848468A41859B<br>File Hash: DF2595D2D2AC2ED1E7DAF8F74680F052AFF61A3D60E1DBA9F8C41A6F975B6FAA | 07/11/2024 04:14:03 | Milfy | 07/10/2024 | 09/05/2024 | PA0002491136 |
| 22 | Info Hash: 3FF963F8D8E5D3CB1F501B2E85E9E05D233E831E<br>File Hash: 1FBCE25C30C7429DFCE46A4B7FC2F321AB1CCB62CDE0EB3299D49E178C1C7794 | 07/10/2024 00:32:58 | Milfy | 07/03/2024 | 09/05/2024 | PA0002491137 |
| 23 | Info Hash: A5DD3EDD9677ED5C7B74BFAE6587085F8F5478B6<br>File Hash: 16CA3A51CC1A0A256C757332D57DDF0B694DDE2E4C6CED4B07ECC50C367EEB9E | 07/10/2024 00:31:59 | Blacked Raw | 07/08/2024 | 07/15/2024 | PA0002480635 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 57F55CA7125814E267BB25E984949993E4F8DAD9<br>File Hash: 91D9FDBD67FF96402F631AF4306D3AC5579B1E5896D7D4AE465F670CD45E4042 | 06/25/2024 00:37:05 | Milfy | 06/19/2024 | 09/09/2024 | PA0002491142 |
| 25 | Info Hash: 18163E1F32226D05A79E9FEB901762436B627C67<br>File Hash: C052C4CE954562E73CE149113EEF7DD5074F6D4342380EC9B9327B0C469330BA | 05/30/2024 15:44:40 | Milfy | 05/22/2024 | 06/20/2024 | PA0002477021 |
| 26 | Info Hash: 76F4E9262279BEACE75AAF224475C4479A6CDE04<br>File Hash: 3D1AF01880C4C5184A9944EDB09E0D01CD74552F15116CAF26B5AD75661AE93A | 05/30/2024 15:43:56 | Milfy | 05/15/2024 | 06/20/2024 | PA0002477041 |
| 27 | Info Hash: 33818BC93D0BD9F6CFF85C4BDEDBFDD6F6D14C4D<br>File Hash: B0043A4363C65529AA455E7161574EFA85E942364D59E8B40B8181022AA51287 | 04/08/2024 17:58:25 | Milfy | 04/03/2024 | 06/24/2024 | PA0002477489 |
| 28 | Info Hash: 5ADC6F50A86C3ECFB00578FB7F2C89EB84093C09<br>File Hash: 7DC5589632B67A47BBDB1399555342F2728BFAC7A19015693AFF893B8A99DBCA | 03/23/2024 14:41:34 | Milfy | 03/20/2024 | 06/24/2024 | PA0002477487 |
| 29 | Info Hash: AFA072BC710093F5110AD42E1D8F7C1288E64DA9<br>File Hash: A24A63A541B0D7593B1128913BFD8B13BE3522A3144E6FF97450908CFB439345 | 02/24/2024 18:00:23 | Milfy | 02/21/2024 | 03/15/2024 | PA0002461468 |
| 30 | Info Hash: 9FCF1A40E0FFFBCAB6EF1BA28F6E43251BAD8B55<br>File Hash: 04193979FE8C3D801084D473BE5360F25C6ED7CEC771CE175AD27895C1C83FC9 | 02/22/2024 06:10:44 | Milfy | 01/31/2024 | 03/15/2024 | PA0002463458 |
| 31 | Info Hash: 3E4054CD550F14E090E736E439FC1F3E93F5F5A0<br>File Hash: 187EFED0C8C9FF07ADAB1BA070F0FDEDD043C946777A9A551A309F528462E296 | 02/21/2024 16:17:33 | Milfy | 02/14/2024 | 03/15/2024 | PA0002463444 |
| 32 | Info Hash: 6CA66A2AB44C87FAD5AE7D7AAEBDD437E96085F0<br>File Hash: B2758991017641C347A06D0C9DBDF3FA01883742CAAF64F6E541145C18F06EF9 | 02/12/2024 07:02:04 | Milfy | 02/07/2024 | 03/15/2024 | PA0002461447 |
| 33 | Info Hash: 48950997EF63F472A704AAACB6E5CB41964B6DEE<br>File Hash: 012C6D4F482B71766F09B70BDA37263CAD0F81561215F4D6A6DF89C305B5DBCC | 01/27/2024 00:02:20 | Milfy | 01/17/2024 | 03/15/2024 | PA0002463443 |
| 34 | Info Hash: B6CDCDCE7A56CD59699E6A5243703D723E1045D4<br>File Hash: 7AFE00BF8AAF63DFCB02F9DD0287E5C10B5859CC5E7E9C347B6879A7AB9AB388 | 01/16/2024 03:45:50 | Milfy | 12/06/2023 | 01/16/2024 | PA0002453488 |